**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MANPREET SINGH,

Plaintiff,

-against-

TODD BLANCHE, in his official capacity as the Attorney General of the United States, *et al.*,

Defendants.
-----------------------------------------------------------X

**ORDER**
26-CV-5361(LGD)

**LEE G. DUNST**, Magistrate Judge:

The Court's records reflect that the complaint in this action was filed on August 27, 2026, together with the filing fee. *See* ECF Nos. 1, 4. On September 15, 2026, a summons was issued. *See* ECF No. 7. Pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure:

> A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

FED. R. CIV. P. 4(c)(1) (emphasis added). Moreover, pursuant to Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m).

Accordingly, IT IS ORDERED that **Plaintiff comply with his Rule 4 obligations on or before November 25, 2026**. Once the Defendants are served, Plaintiff shall promptly file a return of service. **PLAINTIFF IS ON NOTICE**: If he fails to timely serve the summons and complaint, and does not otherwise communicate to the Court why such service has or has not

been made, the complaint will be subject to dismissal without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this order to Plaintiff at his address of record and to note such mailing on the docket.

Plaintiff is required to advise the Clerk of the Court of any change of address. Failure to keep the Court informed of Plaintiff's current address means the Court will not know where to contact Plaintiff and may result in dismissal of the case.

**SO ORDERED**:

Dated: Central Islip, New York
September 23, 2026

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge